**Iana RATA; Ara Ararat Tiratsvyan, Petitioners,**

v.

**Loretta E. LYNCH, Attorney General, Respondent.**

No. 14–2338.

United States Court of Appeals, Fourth Circuit.

Submitted: July 20, 2015.

Decided: Aug. 5, 2015.

Ronald D. Richey, Law Office of Ronald D. Richey, Rockville, Maryland, for Petitioners. Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Justin Markel, Nancy E. Friedman, Senior Litigation Counsel, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before NIEMEYER, DUNCAN, and HARRIS, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Iana Rata, a native and citizen of Moldova, and her husband, derivative beneficiary Ara A. Tiratsvyan, petition for review of an order of the Board of Immigration Appeals (Board) dismissing their appeal of the Immigration Judge's denial of Rata's requests for asylum, withholding of removal, and protection under the Convention Against Torture. We have thoroughly reviewed the record, including the transcript of Rata's merits hearing, her asylum application, and all supporting evidence. We conclude that the record evidence does not compel a ruling contrary to any of the administrative findings of fact, *see* 8 U.S.C. § 1252(b)(4)(B) (2012), and that substantial evidence supports the Board's decision. *See INS v. Elias–Zacarias*, 502 U.S. 478, 481, 112 S.Ct. 812, 117 L.Ed.2d 38 (1992).

Accordingly, we deny the petition for review for the reasons stated by the Board. *See In re: Rata* (B.I.A. Nov. 12, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED.*